UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARREN D. FAUBION,<br><br>　　　　　Defendant. | No. MJ-05-292-1<br><br>ORDER GRANTING ORAL MOTION<br>TO DISMISS WITHOUT PREJUDICE |

At the time set for Defendant's November 1, 2005, arraignment, Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with retained counsel Mark Vovos and Cristobal Galindo.

The United States orally moved to dismiss the Complaint.

**IT IS ORDERED** that the United States Motion to dismiss **(Ct. Rec. 6)** is **GRANTED.** The Complaint is **DISMISSED WITHOUT PREJUDICE.**

DATED November 1, 2005.

　　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING ORAL MOTION TO DISMISS WITHOUT PREJUDICE - 1